# UNITED STATES BANKRUPTCY COURT
**Eastern District of New York**
www.nyeb.uscourts.gov

**Case Name:** **Michal Swiatkowski**
**Case No.:** 805-70035-511

# MAILING CERTIFICATE

I, Ruth Anziano, Secretary to Chief Judge Melanie L. Cyganowski, United States Bankruptcy Court, hereby certify that there was deposited on **November 16, 2006** in a duly maintained Post Office Box at the United States Bankruptcy Court, United States Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 copies of **ORDER and DECISION, dated November 16, 2006**, duly addressed to:

**Debtor**
Michal Swiatkowski
7 Park Lane Place
Massapequa, NY 11758

**Debtor's Attorney**
Roy J Lester, Esq.
Lester & Weitz, P.C.
600 Old Country Road  - Suite 229
Garden City, NY 11530

**Attorney for Secured Creditor**
William B Schiller, Esq.
Schiller & Knapp LLP
950 New Loudon Road  - Suite 310
Latham, NY 12110

**Chapter 13 Trustee**
Marianne DeRosa
Chapter 13 Trustee
100 Jericho Quadrangle - Suite 208
Jericho, New York 11753

**Office of United States Trustee**
560 Federal Plaza
Central Islip, NY
(By Inter-office Mail)

Dated: November 16, 2006
Central Islip, New York

*/s/ Ruth Anziano*
Ruth Anziano